# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU, | 1:07-CV-00307-OWW-NEW(DLB)- P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| F. BRAGA, et al., | (Doc. 6) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR ACTION WILL BE DISMISSED |

Plaintiff Armando Abreu ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On February 26, 2007, plaintiff filed the complaint in this action and on April 11, 2007, plaintiff filed a motion to proceed in forma pauperis and an affidavit attesting to his inability to pay the filing fee.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff concedes, in his complaint, that he is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he is in imminent danger of serious physical injury. In addition, the Court takes notice of a order issued on June 30, 2004, by the United States

District Court for the Central District of California, in the case <u>Abreu v. Ramirez</u>, CV-02-4093-GAF(JWJ), revoking plaintiff's in forma pauperis status due to "at least three 'strikes' pursuant to section 1915(g)."[1] Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion to proceed in forma pauperis in this action is denied; and
2. Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   May 8, 2007**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of two cases dismissed by the United States District Court for the Northern District of California for failure to state a claim – CV-98-3099-TEH, <u>Abreu v. Ayers,</u> and CV-98-3605-TEH, <u>Abreu v. Tweed</u>. The Court also takes judicial notice of a case dismissed by the United States District Court for the Southern District of California for failure to state a claim, CV-02-685-IEG, <u>Abreu v. Small</u>.