1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | ARMANDO ABREU,             1:07-CV-00307-OWW-NEW(DLB)- P

10           Plaintiff,          ORDER VACATING ORDER GRANTING
LEAVE TO PROCEED IN FORMA PAUPERIS
11    v.                               (Doc. 8)

12 | F. BRAGA, et al.,             ORDER VACATING ORDER DIRECTING
CDCR TO SEND MONTHLY PAYMENTS
13          Defendants.       (Doc. 9)

14                                   ORDER DIRECTING CLERK TO SERVE
COPIES OF THIS ORDER ON CDC AND
15 _____ /    USDC FINANCIAL DEPARTMENT

16
17
18
19
20

Plaintiff Armando Abreu ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On May 2, 2007, the court issued an order granting to plaintiff leave to proceed in forma pauperis in this action. In addition, the court issued an order directing the California Department of Corrections and Rehabilitation to make monthly payments to the court from plaintiff's prison trust account.

21
22
23
24

On May 9, 2007, District Judge Oliver W. Wanger issued an order denying leave to proceed in forma pauperis and requiring plaintiff to pay the filing fee in full within thirty days. As a result of Judge Wanger's order, the court's previous orders shall be vacated.

25

Accordingly, IT IS HEREBY ORDERED that:

26
27

1.    The court's order of May 2, 2007, which granted to plaintiff leave to proceed in forma pauperis in this action, is VACATED;

28

2.    The court's order of May 2, 2007, which directed the California Department of

Corrections and Rehabilitation to make monthly payments to the court from plaintiff's prison trust account, is VACATED;

3.    The Clerk is DIRECTED to serve a copy of this order on the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814; and

4.    The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.


IT IS SO ORDERED.

Dated:    **May 21, 2007**            _____/s/ **Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE